UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:19-00194 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 922(g)(9) |
| | ) | 18 U.S.C. § 924 |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 18 U.S.C. § 924(j) |
| STEVEN J. WIGGINS | ) | 18 U.S.C. § 2119(3) |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

On or about May 30, 2018, in the Middle District of Tennessee, **STEVEN J. WIGGINS**, with the intent to cause death and serious bodily harm, did take and attempt to take from the person and presence of Daniel Baker, a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a 2016 Ford Police Interceptor Sport Utility Vehicle (Explorer), bearing Vehicle Identification Number 1FM5K8AR0GGC26306, by force and violence, which resulted in the death of Daniel Baker.

In violation of Title 18, United States Code, Section 2119(3).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about May 30, 2018, in the Middle District of Tennessee, **STEVEN J. WIGGINS**, did knowingly use, carry, brandish, and discharge a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Carjacking of Daniel Baker, as charged in Count One of this Indictment, and in the course of that crime did cause the death of a person, Daniel Baker, through the use of a firearm, the killing of whom was murder as defined in Title 18, United States Code, Section 1111.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(j)(1).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about May 30, 2018, in the Middle District of Tennessee, **STEVEN J. WIGGINS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Haskell Model JHP .45 caliber pistol and a Glock Model 33 .357 caliber pistol, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about May 30, 2018, in the Middle District of Tennessee, **STEVEN J. WIGGINS**, knowing he had previously been convicted of a misdemeanor crime of domestic violence, knowingly possessed a firearm, to wit: a Haskell Model JHP .45 caliber pistol and a Glock Model 33 .357 caliber pistol, and the firearm was in and affecting commerce

In violation of Title 18, United States Code, Sections 922(g)(9) and 924.

## NOTICE OF SPECIAL FINDINGS CONCERNING SENTENCING ALLEGATIONS AS TO COUNTS ONE AND TWO

THE GRAND JURY FURTHER FINDS:

Pursuant to the provisions of Title 18, United States Code, Sections 3591 through 3592, the following factors exist regarding defendant **STEVEN J. WIGGINS'** commission of the offenses charged in Counts One and Two, the allegations of which are hereby re-alleged as if set forth herein and incorporated by reference.

1. **STEVEN J. WIGGINS** was more than 18 years of age at the time of the offenses. (Title 18, United States Code, Section 3591(a)).

2. **STEVEN J. WIGGINS** intentionally killed Daniel Baker, the victim. (Title 18 United States Code, Section 3591(a)(2)(A)).

3. **STEVEN J. WIGGINS** intentionally inflicted serious bodily injury that resulted in the death of Daniel Baker, the victim. (Title 18, United States Code, Section 3591(a)(2)(B)).

3

4. **STEVEN J. WIGGINS** committed the offenses having previously been convicted of a Federal or State offense punishable by a term of imprisonment exceeding one year, involving the use or attempted or threatened use of a firearm against another person, that is: on or about October 3, 2016, the defendant was convicted in the Criminal Circuit Court of Dickson County, Tennessee, of Aggravated Assault, in violation of Tennessee Code Annotated Section 39-13-102. (Title 18, United States Code, Sections 3592(c)(2) and 921).

A TRUE BILL



FOREPERSON

DONALD Q. COCHRAN
UNITED STATES ATTORNEY

ROBERT E. MCGUIRE
ASSISTANT UNITED STATES ATTORNEY

4