UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                      Criminal Case No. 3:19-cr-00194

STEVEN J. WIGGINS

---

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. STEVEN J. WIGGINS, DOB: 12/19/1986, Last Four of SSN: 7621, is, in due form and process of law, confined in the custody of the Dickson County Sheriff's Office and the Robertson County Sheriff's Department located at 311 5th Avenue East, Springfield, Tennessee.

2. Said individual is needed for an initial appearance and related proceedings pursuant to an Indictment in Case Number 3:19-cr-00194, and is needed as soon as practical to appear before this Court. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED:   October 11, 2019

*s/Robert E. McGuire*
Robert E. McGuire
Assistant United States Attorney
Petitioner

---

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   United States Marshal, Middle District of Tennessee
      Dickson County Sheriff
      Robertson County Sheriff

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought STEVEN J. WIGGINS, DOB: 12/19/1986, Last Four of SSN: 7621, who is, in due form and process of law, confined in the custody of the Dickson County Sheriff's Office and Robertson County Sheriff's Department located at 311 5th Avenue East, Springfield, Tennessee, shall be transferred to the custody of the United States Marshal and produced before this Court as soon as is practical, to attend proceedings in this matter; and shall be retained in federal custody pending resolution of this matter.

WITNESS, the Honorable Barbara Holmes, United States Magistrate Court Judge for the Middle District of Tennessee.

DATED:  October 16, 2019

UNITED STATES DISTRICT COURT
By: _____
Barbara Holmes
U.S. Magistrate Judge