UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:19-cr-00194 |
| | ) | JUDGE NEWBERN |
| STEVEN J. WIGGINS | ) | |

## UNITED STATES' MOTION FOR DETENTION

COMES NOW the United States of America by Donald Q. Cochran, United States Attorney, and Robert E. McGuire, Assistant United States Attorney, and moves this Court for detention of the Defendant under 18 U.S.C. § 3142. The United States submits that, based on the allegations in the indictment as well as the Defendant's prior criminal history, a rebuttable presumption exists before this court that "no condition or combination of conditions will reasonably assure the safety of any other person and the community" and that the Defendant should be detained pending trial.

The United States submits that the Defendant has multiple convictions for crimes of violence including two prior convictions for felony aggravated assault, and two prior convictions for misdemeanor domestic violence assault. The United States would also submit that, as a practical matter, the Defendant is being held in state custody on charges of First Degree Murder and it is expected that he will continue to be so confined for the pendency of the federal proceedings.

Based on prior discussions with opposing counsel, it is anticipated that the Defendant will waive a detention hearing. In the event that the Defendant does not waive a detention hearing, the United States then also respectfully requests that the Court grant the United States a

continuance in this matter of three days so that the United States may adequately prepare for the hearing on this motion.

Respectfully submitted,

/s/ Donald Q. Cochran
DONALD Q. COCHRAN
United States Attorney

/s/ Robert E. McGuire
ROBERT E. MCGUIRE
Assistant U.S. Attorney

110 9th Avenue South
Nashville, Tennessee 37203
Phone: (615) 736-5151

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF on the 7th day of November 2019:

/s/ Robert E. McGuire
ROBERT E. MCGUIRE
