UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:19-cr-00194 |
| | ) | |
| STEVEN J. WIGGINS | ) | |

### ORDER

On November 7, 2019, Defendant Steven J. Wiggins appeared before the undersigned for an initial appearance on an Indictment. Defendant, by and through his counsel, waived his right to a detention hearing, but would reserve the right to request a hearing at a later date, should his circumstances change.

Accordingly, the Government's motion for detention is **GRANTED**. The defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

It is so **ORDERED**.

ALISTAIR E. NEWBERN
United States Magistrate Judge