UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:19-CR-00194 |
| | ) | |
| | ) | CHIEF JUDGE CRENSHAW |
| STEVEN J. WIGGINS | ) | |

**UNOPPOSED MOTION TO RETURN THE DEFENDANT TO STATE CUSTODY**

C̲o̲m̲e̲s̲ N̲o̲w̲ the United States of America, by and through Donald Q. Cochran, United States Attorney, and the undersigned Assistant United States Attorney, Robert E. McGuire, and moves this court to return the Defendant to state custody. Undersigned counsel has conferred with the defense who have stated that they have no objection to the Defendant's return to state custody.

For cause, the United States would submit – as referred to in prior filings (Doc. No. 33) – the Defendant has state court appearances in his state case during the week of December 16, 2019. The United States submits that if the court grants the order the United States will expeditiously file a Writ of Habeas Corpus Ad Prosequendum to bring the Defendant back to federal custody for the purpose of the previously ordered December 23 status conference before this court. (Doc. No. 31.) Undersigned counsel has conferred with the United States Marshal Service and is confident that the Defendant can be delivered before this court for the status conference even if he is returned to state custody.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney

By:    *s/ Robert McGuire*
ROBERT McGUIRE
Assistant U. S. Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, via the Court's Electronic Case Filing System, on December 6, 2019.

*s/ Robert McGuire*
ROBERT McGUIRE
Assistant United States Attorney