UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) NO. 3:19-cr-00194 |
| STEVEN J. WIGGINS, | ) |
| Defendant. | ) |

# ORDER

Defendant's Motion for Leave to Change of Plea Hearing (Doc. No. 109) is **GRANTED**. As such, a change of plea hearing will take place on **March 25, 2022,** at 9:00 a.m.

The parties shall submit the proposed plea agreement, a document that lists the elements of each offense to which the defendant is pleading guilty and the statutory penalty for each, including period of incarceration, fine, and period of supervised release applicable, and the plea petition by noon on **March 22, 2022.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE