UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

v.  Criminal Case No. 3:19-cr-0194

STEVEN JOSHUA WIGGINS

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. STEVEN JOSHUA WIGGINS, DOB: XX/XX/1986 TOMIS Number 00571277, is, in due form and process of law, confined in the custody of the Tennessee Department of Corrections confined at the Riverbend Maximum Security Institution, 7475 Cockrill Bend Boulevard, Nashville, Tennessee 37209.

2. Said individual is needed for a change of plea hearing on March 25, 2022, at 9:00 a.m. pursuant to an Indictment in Case Number 3:19-cr-0194 and is needed to appear before this Court at that time. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: March 7, 2022

*s/Robert E. McGuire*
Robert E. McGuire
Assistant United States Attorney
Petitioner

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: United States Marshal, Middle District of Tennessee
TDOC, Riverbend Maximum Security Institution, 7475 Cockrill Bend Boulevard, Nashville, Tennessee 37209

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought STEVEN JOSHUA WIGGINS, DOB: XX/XX/1986 TOMIS Number 00571277, who is, in due form and process of law, confined in the custody of the Tennessee Department of Corrections confined at the Riverbend Maximum Security Institution, 7475 Cockrill Bend Boulevard, Nashville, Tennessee 37209, and shall be transferred to the custody of the United States Marshal and produced before this Court as soon as is practical, to attend proceedings in this matter; and shall be retained in federal custody pending resolution of this matter.

WITNESS, the Honorable Waverly D. Crenshaw. Jr., United States District Chief Judge for the Middle District of Tennessee.

DATED: _____

UNITED STATES DISTRICT COURT

By: _____
Waverly D. Crenshaw, Jr.
U.S. District Chief Judge